≈JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
San Marco At Fountainebleau Condominium Association, Inc.

(b) County of Residence of First Listed Plaintiff **Miami, Florida**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael Gonzalez
Perez-Mena & Gonzalez, LLC
1501 Northwest 97th Avenue, Doral, FL 33172

### DEFENDANTS
Pacific Insurance Company, Ltd.

County of Residence of First Listed Defendant **Boston, MA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)
Gerald T. Albrecht and David H. Shaw, II

(d) Check County Where Action Arose: ✓ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
✓ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ✓ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ✓ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ✗ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | IMMIGRATION | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
✓ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO     b) Related Cases ☐ YES ✓ NO
JUDGE                                              DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332 - Breach of insurance contract

LENGTH OF TRIAL via _5_ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ In excess of $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ✓ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE November 16, 2010

FOR OFFICE USE ONLY
AMOUNT        RECEIPT #        IFP

UNITED STATES DISTRICT COURT IN AND FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SAN MARCO AT FOUNTAINEBLEAU
CONDOMINIUM ASSOCIATION, INC.,
a Florida corporation,

    Plaintiff,

                                       Case No.:

vs.

PACIFIC INSURANCE COMPANY, LTD.,
a foreign Corporation,

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW the Defendant PACIFIC INSURANCE COMPANY, LTD. ("Pacific"), by and through its undersigned counsel, and pursuant to 28 U.S.C. Section 1441, hereby provides notice of the removal of this case to the United States District Court for the Southern District of Florida, West Palm Beach Division. In support of this Notice of Removal, Pacific respectfully shows the following:

1.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

2.     This matter relates to a breach of contract action and petition to compel appraisal Plaintiff filed against PACIFIC concerning a policy of insurance, Policy Number ZG0031313 (attached as Exhibit "A") which was issued to SAN MARCO AT FOUNTAINBLEAU CONDOMINIUM ASSOCIATION, INC. ("SAN MARCO").

## COMPLETE DIVERSITY EXISTS

3.     Based upon information and belief, at the time Plaintiff's suit was filed, Plaintiff was a corporation incorporated in the State of Florida, with its principal place of business in Miami, Florida.

4. At the time this action was commenced, at the present time, and at all times material to this action, PACIFIC was and is a foreign corporation organized and existing under the laws of the State of Connecticut with its principal place of business located in Boston, Massachusetts, who is authorized to issue insurance policies in the State of Florida.

5. At no time material to this action were Plaintiff and Pacific citizens of the same State for purposes of removal. Therefore, complete diversity exists between the parties in accordance with 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

6. On or about October 22, 2010, Plaintiff filed this action against Pacific in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (attached as Exhibit "B"). Pacific was served with Plaintiff's Complaint on or about October 27, 2010. Since the Complaint was not served on Pacific until October 27, 2010, this Notice of Removal is filed within thirty (30) days after the Insurance Commissioner served the Complaint on Pacific.

7. Plaintiff's Complaint does not expressly state the actual amount in controversy. Instead, Plaintiff states that Hurricane Wilma cause "substantial" damage to its property. Plaintiff's Complaint at Paragraph 6. Further, Plaintiff stated that "substantial" damages continue to accrue at its property. Plaintiff's Complaint at Paragraph 19.

8. While Plaintiff has failed to identify the actual amount of damages it seeks in its Complaint, subsequent to it first submitting its claim on or about June 27, 2008, it provided an estimate of damage to Pacific with an estimate prepared by J.M. & Associates dated September 19, 2008 (attached as Exhibit "C"). The estimate indicated the cost to

repair the roofs on the buildings at the insured property as a result of damage sustained by Hurricane Wilma was in the amount of $2,903,739.40.

9. Based upon the allegations contained in Plaintiff's Complaint and the September 19, 2008 estimate prepared by J.M. & Associates, it is Pacific's knowledge and belief, that Plaintiff seeks an amount of damages well in excess of $75,000.00. As such, Pacific alleges, for jurisdictional purposes only, that the matter in controversy exceeds $75,000.00, exclusive of interest, costs and attorney fees.

10. Pursuant to 28 U.S.C. § 1446, Pacific provided written notice to all adverse parties and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

11. A copy of the Notice of Filing Notice of Removal and all other pleadings filed in the Eleventh Judicial Circuit Court are attached hereto as Exhibit "D".

WHEREFORE, the Defendant, PACIFIC INSURANCE COMPANY, LTD., respectfully requests that this Honorable Court exercise jurisdiction over this matter.

        s/ David H. Shaw, II
        GERALD T. ALBRECHT, ESQ.
        Florida Bar No.: 0653799
        DAVID H. SHAW, II, ESQ.
        Florida Bar No.: 0550361
        Attorney for Defendant
        BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
        One Harbour Place, Suite 500
        777 S. Harbour Island Blvd.
        Tampa, FL 33602
        Telephone: (813) 281-1900
        Facsimile: (813) 281-0900
        E-mail: galbrecht@butlerpappas.com
               dshaw@butlerpappas.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Facsimile and U.S. mail to:

>Michael Gonzalez
>Perez-Mena & Gonzalez, LLC
>1501 Northwest 97th Avenue
>Doral, FL 33172

>s/ David H. Shaw, II
>GERALD T. ALBRECHT, ESQ.
>Florida Bar No.: 0653799
>DAVID H. SHAW, II, ESQ.
>Florida Bar No.: 0550361
>Attorney for Defendant
>BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
>One Harbour Place, Suite 500
>777 S. Harbour Island Blvd.
>Tampa, FL 33602
>Telephone:   (813) 281-1900
>Facsimile:    (813) 281-0900
>E-mail: galbrecht@butlerpappas.com
>         dshaw@butlerpappas.com